IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ROBENS ALOUIDOR,**

    Petitioner,

vs.                                                                                                4:06-CV-183-SPM

**ALBERTO GONZALES,** *et al.*,

    Respondents.

_____/

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS AND
DISMISSING CASE**

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 13) dated July 26, 2006. The parties have been furnished a copy and have been afforded an opportunity to file objections. Defendants filed a motion to dismiss (doc. 14) August 3, 2006, in which they advise that Petitioner was deported to Haiti on July 31, 2006. Based on this motion to dismiss, the magistrate judge entered a subsequent report and recommendation (doc. 15) on August 7, 2006, recommending that the case be dismissed.

Having examined the motion and the attachment thereto, which shows that Petitioner was in fact deported to Haiti on July 31, 2006, the Court finds that the petition is moot. See Soliman v. U.S. *ex rel.* INS, 296 F.3d 1237 (11th Cir.

2002)  Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The petition for writ of habeas corpus (doc. 1) is denied as moot.

2. This case is hereby *dismissed*.

**DONE AND ORDERED** this <u>eleventh</u> day of September, 2006.

<u>  *s/ Stephan P. Mickle*  </u>
Stephan P. Mickle
United States District Judge